The Atlas National Bank *v.* Culbertson *et al.*

---

THE ATLAS NATIONAL BANK *v.* CULBERTSON ET AL.

[No. 2,117.   Filed March 16, 1897.]

From the Floyd Circuit Court.   *Appeal dismissed.*

*S. D. Miller, Hord & Perkins, E. G. Henry* and *Stebbins & Evans,* for appellant.

*Henry Dowling* and *Alexander Dowling,* for appellees.

HENLEY, J.—This case is, in all essential respects, identical with the case of the *Harrison National Bank* v. *Culbertson,* decided by the Supreme Court of this State December 23, 1896 (45 N. E. 657).

For the reasons therein stated, this appeal is, upon appellee's motion therefor, dismissed.

